## **INDEX OF EXHIBITS**

| **Exhibit** | **Title/Description** |
|---|---|
| A. | Affidavit of Merit of Health Care Professional of Dr. Nancy Wight |
| B. | Affidavit of Merit of Health Care Professional of Dr. Henry Prince |